# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LA WAYNE DAVIS<br><br>Plaintiff(s),<br><br>v.<br><br>FCA US LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:21–cv–00801–JGB–KK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   9/20/2021

Document Number(s):   11

Title of Document(s):   Request (for order)

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Request (for order)

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 21, 2021       By:  /s/ *Trina Debose  trina_debose@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**