JOURNEY LAW GROUP, INC.
Guy Mizrahi, Esq. (SBN 220930)
guy@journeylawgroup.com
Arya Malek, Esq. (SBN 325782)
amalek@journeylawgroup.com
1762 Westwood Blvd, Suite 260
Los Angeles, CA 90024
Telephone: 424.206.4303
Facsimile: 424.220.7388

Attorneys for Plaintiff, JONATHAN LA WAYNE DAVIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LA WAYNE DAVIS, an individual, | Case No. 5:21−cv−00801−JGB−KK<br>[Filed October 20, 2020; Removed May 6, 2021] |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| FCA US LLC, a Delaware Limited Liability Company; MOSS BROS. CJD, INC. d/b/a MOSS BROS CHRYSLER DODGE JEEP RAM FIAT MORENO VALLEY, a California Corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the parties have reached a settlement in the above-referenced matter alleging violations of the Song-Beverly Consumer Warranty Act. As part of the settlement, Defendant has agreed to repurchase the subject vehicle from Plaintiff and pay reasonable attorneys' fees, costs and expenses in an amount to

be determined by the Court. The Settlement Agreement executed by Plaintiff was transmitted to defense counsel earlier today.

Defendant has indicated that it will be ready to conduct the vehicle surrender in approximately 90 days. Settlement funds are typically tendered and cleared within one week of the vehicle surrender. Additionally, upon completion of the vehicle surrender, Plaintiff will be able to file her motion for attorneys' fees, costs and expenses. Plaintiff anticipates filing the motion for attorneys' fees, costs and expenses within one week after the subject vehicle has been surrendered.

The parties respectfully request that all current future hearing dates and deadlines be taken off calendar.

Date:   September 22, 2021                    JOURNEY LAW GROUP, INC.


                                              By:        /s/Guy Mizrahi
                                                   Guy Mizrahi, Esq.
                                                   Arya Malek, Esq.
                                                   Attorneys for Plaintiff,
                                                   JONATHAN LA WAYNE DAVIS

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) **ss.**
**COUNTY OF LOS ANGELES** )

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the county of Los Angeles, State of California, and am not a party to the above-entitled cause. My business address is 1762 Westwood Blvd., Suite 260, Los Angeles, CA 90024.

On September 22, 2021, I served a true copy indicated below in the manner as provided in FRCivP 5(b), the. foregoing document described as: **NOTICE OF SETTLEMENT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, in Los Angeles, CA addressed as follows:

[SEE ATTACHED SERVICE LIST]

[ ]   **BY OVERNIGHT DELIVERY**: I caused such envelopes to be delivered by courier, with next day service, to the offices of the addressees.

[ ]   **BY MAIL**: I caused to be delivered by U.S. mail by placing a true copy thereof enclosed in sealed envelopes addressed as stated above. I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

[ ]   **BY PERSONAL SERVICE**: I caused such envelopes to be delivered by hand to the offices of the addressees delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b)

[X]   **BY ELECTRONIC MAIL**: I transmitted such document from Los Angeles, California, to the electronic mail address maintained by the person(s) on the SERVICE LIST pursuant to agreement of the parties.

___ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California

_X_ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 22, 2021, in Los Angeles, California

_____
Jaclyn Marolda

**PROOF OF SERVICE LIST**
**DAVIS v. FCA US LLC**
**Case No. 5:21−cv−00801−JGB−KK**
Page 1

| | |
|---|---|
| Richard L. Stuhlbarg, Esq.<br>Monica Y. Hernandez, Esq.<br>BOWMAN AND BROOKE LLP<br>970 West 190th Street, Suite 700<br>Torrance, CA 90502<br>bowmanfcawarranty@bowmanandbrooke.com<br>richard.stuhlbarg@bowmanandbrooke.com<br>monica.hernandez@bowmanandbrooke.com<br>tammy.bokmuller@bowmanandbrooke.com | Attorneys for Defendant<br>FCA US LLC |